# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

156593

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON JAMARR LAFAYETTE,
            Defendant-Appellant.
_____/

SC:  156593
COA:  337019
Calhoun CC:  2012-003493-FC

On order of the Court, the application for leave to appeal the August 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0927

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk